DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MORGAN A. BOLANOS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1026

[September 19, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 09-2043CF10A.

Morgan A. Bolanos, Indiantown, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***